FILED

OCT 23 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____CP_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE, et al., <br><br> Defendants. | Case No: 09-CV-533 W (RBB) <br><br> **ORDER ADOPTING STIPULATED SETTLEMENT [DOC. NO. 11] AND DISMISSING LAWSUIT WITH PREJUDICE [DOC. NO. 11]** |

Pending before the Court is the parties' Stipulated Settlement Agreement (the "Agreement"). (Doc. No. 11.) Having reviewed the document, the Court hereby **ADOPTS** the terms and conditions of the Agreement as an enforceable Order of this Court, and accordingly **DISMISSES** this case with prejudice.

Pursuant to the parties' Consent to Jurisdiction by a United States Magistrate Judge, the Honorable Magistrate Judge Ruben B. Brooks shall retain jurisdiction pursuant to paragraph 15 of the Agreement to enforce the terms of the settlement.

**IT IS SO ORDERED.**

DATE: October 23, 2009

_____
HON. THOMAS J. WHELAN
United States District Court
Southern District of California